UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT L. HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:04-cv-1572-DFH-TAB |
| | ) |
| EXECUTIVE MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

The court having issued its ruling today on defendant Executive Management Services, Inc.'s motion for summary judgment, it is HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Robert L. Hayes take nothing by his complaint against defendant Executive Management Services, Inc., and that this action be DISMISSED WITH PREJUDICE.

Date: July 11, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

-2-

Copies to:

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com

Susan Oliver
BOSE MCKINNEY & EVANS, LLP
soliver@boselaw.com

David Fredrick Rees
reesdf@aol.com

-2-